# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:12-cr-00078-MR-DLH-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **SCOTT PAUL CAREY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 10].

For the reasons stated therein, and for cause shown, the Court will grant the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 10] is **GRANTED**, and the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 26, 2012

Martin Reidinger
United States District Judge